UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:18-CV-81761-ROSENBERG/REINHART

CHIRON RECOVERY CENTER, et al.,

    Plaintiffs,

v.

UNITED HEALTH GROUP, INC. and
OPTIMUM HEALTHCARE SOLUTIONS, INC.,

    Defendants.

_____/

**ORDER ADOPTING IN PART
MAGISTRATE'S REPORT AND RECOMMENDATIONS**

**THIS CAUSE** is before the Court upon Defendant UnitedHealth Group, Inc's Motion to Dismiss Plaintiffs' Amended Complaint. Mot., DE 61. The Motion is fully briefed. *See* Resp., DE 67; Reply, DE 75. The Motion was previously referred to the Honorable Bruce E. Reinhart for appropriate disposition. DE 64.

On August 9, 2019, Judge Reinhart issued his Report and Recommendations (the "Report") recommending that the motion be granted with leave to amend. Report, DE 86. Defendants filed a notice of non-objection to the Report, DE 87, and Plaintiff filed objections, DE 88. Defendants responded to Plaintiff's objections at DE 90. The Court has conducted a *de novo* review of Magistrate Judge Reinhart's Report and Recommendations, Plaintiff's objections, Defendants' responses, the record, and is otherwise fully advised in the premises.

Upon review, the Court finds Judge Reinhart's Report to be well reasoned and substantially correct. The Court agrees with the analysis in Judge Reinhart's Report and concludes that Judge Reinhart's conclusions should be adopted. However, to the extent the

Report attempted to provide Plaintiff with guidance on how to replead each individual claim in an amended complaint, *see especially* pages 20-21, that guidance is dicta and is not binding on Plaintiff. Plaintiff may choose to accept or reject Judge Reinhart's suggestions for the organization of a new, amended complaint.

In addition, in response to Plaintiff's request for clarification regarding the Report's limitation on leave to amend, *see* DE 88, 17, the Court instructs Plaintiff that it is free to simplify, narrow, or otherwise streamline any part of the complaint. For instance, Chiron may elect to exclude certain plaintiffs from subsequent repleading. However, Chiron may not elect to add additional plaintiffs at this stage.

For the foregoing reasons, it is hereby **ORDERED and ADJUDGED** as follows:

1. Magistrate Judge Reinhart's Report and Recommendations, DE 88, is hereby **ADOPTED IN PART**. The Court adopts Judge Reinhart's Report through the first paragraph on page 19. The Court declines to adopt the guidance provided in the Section entitled "Leave to Amend" in Judge Reinhart's Report found on pages 19-21.

2. Defendant's Motion to Dismiss [DE 61] is **GRANTED**.

3. Plaintiff is **ORDERED** to file a Second Amended Complaint by no later than **September 18, 2019**. Failure to file a Second Amended Complaint may result in administrative closure of this case.

4. Finally, a **STATUS CONFERENCE** is set for this case on **Monday, September 23, 2019 at 10:00 am** in West Palm Beach.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 6th day of September, 2019.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record